580 A.2d 757

Steve **HUTZ**, Appellant,

v.

**STEFANAK & SON and Workmen's Compensation Appeal Board.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1990.

Decided Oct. 16, 1990.

Richard G. Spagnolli, Caroselli, Spagnolli & Beachler, Pittsburgh, for appellant.

J. Lawson Johnston, Dickie, McCamey & Chilcote and George M. Schumann, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., and LARSEN, J., did not participate in the consideration or decision of this case.

PAPADAKOS, J., did not participate in the decision of this case.